**Dismissed and Memorandum Opinion filed December 12, 2013**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00610-CV

---

**TROY BROWN, Appellant**

**V.**

**PALLETIZED TRUCKING, INC. AND SAIA, INC., Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30947B**

---

### M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed June 3, 2013. The clerk's record was filed August 7, 2013. No reporter's record was taken. No brief was filed.

On October 17, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before November 18, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.